

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00641-CV

Robert **MARX** and Debbie Marx,
Appellants

v.

**FDP, LP,**
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

# O R D E R

The underlying lawsuit originally involved two plaintiffs: Larry Friesenhahn and FDP, LP. Plaintiffs filed suit against three defendants: Robert Marx, Debbie Marx, and Diego Lopez. On April 8, 2013, both plaintiffs filed a Notice of Nonsuit, without prejudice, against one of the defendants, Diego Lopez. On July 9, 2014, plaintiff FDP, LP filed a motion for summary judgment, which was granted on August 11, 2014. Robert Marx and Debbie Marx seek to appeal this judgment.

After the clerk's record was filed in this appeal, it appeared the claims asserted by plaintiff Larry Friesenhahn had not been disposed of, and both plaintiffs' claims against Lopez may have been reinstated in an amended petition. Supplemental clerk's records have since been filed containing nonsuits. Accordingly, the summary judgment appellants wish to appeal is now final.

This appeal is ORDERED reinstated on this court's docket, and <u>appellant's brief is due no later than December 1, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.



Keith E. Hottle
Clerk of Court